

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN 11

GERALD C. MANN
ATTORNEY GENERAL

Mr. F. E. Rightor, Secretary
State Board of Registration
for Professional Engineers
Austin, Texas

Dear Sir:

Opinion No. O-1365
Re: Is the secretary of the Board of
Registration for Professional En-
gineers entitled to both a salary and
per diem?

Your request for an opinion on the above-stated question has been received by this department.

Section 3 of Article 3271a, Revised Civil Statutes, reads, in part, as follows:

"A State Board of Registration for Professional Engineers is hereby created whose duty it shall be to administer the provisions of this Act. The Board shall consist of six (6) professional engineers, who shall be appointed by the Governor of the State, with the advice and consent of the Senate. * * * *

Sections 6 and 7 of the above-mentioned statutes read as follows:

"Sec. 6. Each member of the Board shall receive the sum of Ten ($10.00) Dollars per day for each day he is actually engaged in the duties of his office, including time spent in necessary travel, together with all legitimate expenses incurred in the performance of such duties. All per diem and expenses incurred hereunder shall be paid from the 'Profession-al Engineers' Fund' as provided in this law. No money shall ever be paid for the admin-istration of this Act from the General Funds

Mr. F. E. Rightor, Secretary, page 2

"Sec.7. The Board shall hold a meeting within thirty (30) days after its members are first appointed, and thereafter shall hold at least two (2) regular meetings each year. Special meetings shall be held at such time as the by-laws of the Board may provide. Notice of all meetings shall be given in such manner as the by-laws may provide. The Board shall elect or appoint annually from its own membership the following officers: a Chairman, a Vice-Chairman, and a Secretary. A quorum of the Board shall consist of not less than four (4) members."

Section 9 of Article 3271a, reads as follows:

"The Secretary of the Board shall receive and account for all moneys derived under the provisions of this Act, and shall pay the same weekly to the State Treasurer who shall keep such moneys in a separate fund to be known as the 'Professional Engineers' Fund'. Such fund shall be paid out only by warrant of the State Comptroller upon the State Treasurer, upon itemized vouchers, approved by the Chairman and attested by the Secretary of the Board. All moneys in the 'Professional Engineers' Fund' are hereby specifically appropriated for the use of the Board in the administration of this Act. The Secretary of the Board shall give a surety bond to the Governor of the State of Texas in the sum of Two Thousand Five Hundred ($2,500.00) Dollars. The premium on said bond shall be paid out of the 'Professional Engineers' Fund'. The Secretary of the Board shall receive such salary as the Board shall determine in addition to the compensation and expenses provided for in this Act. The Board shall employ such clerical or other assistants as are necessary for the proper performance of its work, and may make expenditures of this fund for any purpose which in the opinion of the Board is reasonably necessary for the proper performance of its duties under this Act. Under

Mr. F. E. Rightor, Secretary, page 3

        no circumstances shall the total amount of war-
        rants issued by the State Comptroller in pay-
        ment of the expenses and compensation provided
        for in this Act exceed the amount of the 'Pro-
        fessional Engineers' Fund'. Provided further,
        that the salaries paid herein shall not be in
        excess of salaries paid for similar work in
        other departments."

        On November 30, 1937 this department held in
opinion written by Hon. H. L. Williford, Assistant At-
torney General, addressed to the Secretary of Texas
State Board of Registration for Professional Engineers:

        "That it is manifest that one member of
        the Board has the duties of Secretary of such
        Board ex officio, and the Act creating the
        Board of Registration, above referred to, pro-
        vides for a per diem compensation for such
        member, for the expense of such member and for
        the salary of such member, all of which it was
        competent for the Legislature to prescribe and
        enact. Therefore, you are advised that you are
        entitled to both a salary and per diem compensation."

        We concur with the above-mentioned opinion and
believe that it correctly answers the question presented
in your inquiry. Therefore, you are respectfully advised
that the Secretary of the Texas State Board of Registra-
tion for Professional Engineers is entitled to both a
salary and per diem compensation.

        Trusting that the foregoing answers your inquiry,
we remain

                                    Yours very truly

APPROVED SEP. 11, 1939
(s) Gerald C. Mann                  ATTORNEY GENERAL OF TEXAS
ATTORNEY GENERAL OF TEXAS

WJF                                 By (s)

                                            Ardell Williams
                                            Assistant

AW:ob
JCP

                                    APPROVED:
                                    Opinion Committee
                                    By B.W.B., Chairman